R  AE

**FILED**
DEC 2 1 2007
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
NF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** ROBERT WAGNER

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**

AUSA
United States Attorney's Office (NDIL)
219 South Dearborn Street
Chicago, IL 60604

**Defendant's Attorney:**

Robert Wagner
#75301-079
Oxford - FCI
P.O. Box 1085
Oxford, WI 53952

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. gov't. not a party)
☑ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

07CV 7200
JUDGE MANNING
MAGISTRATE JUDGE MASON

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham  **Date:** 12/21/2007

Manning  04 CR 816
Mason