**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

United States of America
                              Plaintiff,

v.                                          Case No.: 1:07−cv−07200
                                          Honorable Blanche M. Manning

Robert Wagner
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

    MINUTE entry before Judge Blanche M. Manning :Status hearing held on 3/11/2008.Status hearing set for 4/8/2008 at 11:00 AM. Government shall provide the court with a writ in order that the defendant can be present at the next status hearing.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.