

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7200/04 CR 816 | **DATE** | 4/8/2008 |
| **CASE TITLE** | USA vs. Robert Wagner | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's motion to vacate, set aside or correct sentence [1] is granted. Sentence in case 04 CR 816 is hereby vacated. New sentencing granted. Defendant sentenced to time served. No further supervision shall be imposed. Order defendant released forthwith.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | rs |
|---|---|---|