

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| USA | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 7200 |
| Robert Wagner | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion to vacate, set aside or correct sentence [1] is granted. Sentence in case 04 CR 816 is hereby vacated. Defendant sentenced to time served. No further supervision shall be imposed.

Michael W. Dobbins, Clerk of Court

Date: 4/8/2008

/s/ Robbie Hunt, Deputy Clerk